```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

T.P., *individually and on behalf of her child G.P.*,

                Plaintiffs,

-against-

CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

1:20-cv-10796 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from plaintiffs' counsel representing that the parties have resolved the underlying dispute in this IDEA action, that Plaintiffs no longer seek any relief via an Order To Show Cause, and that the only remaining issue in this case is attorney's fees [ECF No. 38]. Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint status letter by June 12, 2023 informing the Court whether they can resolve the issue of fees consensually and, if not, proposing a briefing schedule.

**SO ORDERED.**

Date:  May 2, 2023
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**